1 | ERIC J. SIDEBOTHAM (SBN 208829)
DANIEL M. SHAFER (SBN 244839)
2 | **ERIC J. SIDEBOTHAM, APC**
TechMart Center
3 | 5201 Great America Parkway, Suite 320
Santa Clara, California 95054
4 | Telephone:   (408) 856-6000
Facsimile:    (408) 608-6001

Attorneys for Plaintiff,
ARDENTE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARDENTE, INC., a California corporation, | NO. CIV. S- |
| Plaintiff, | |
| v. | |
| | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| RICHARD J. SHANLEY, an individual; WEAR THE BEST, INC., a Connecticut corporation; STIR CHEF LLC, aka STIRCHEF LLC, a dissolved Connecticut limited liability company; DYNAMIC LIVING, INC., a Connecticut corporation; and DOES 1 through 20, inclusive, | |
| Defendants. | |

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named
2  parties, there is no such interest to report.

**ERIC J. SIDEBOTHAM, APC**

DATED:  August 29, 2007

DANIEL M. SHAFER
Attorneys for Plaintiff,
ARDENTE, INC.



2
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
NO. CIV. S-