1  ERIC J. SIDEBOTHAM (SBN 208829)
   DANIEL M. SHAFER (SBN 244839)
2  **ERIC J. SIDEBOTHAM, APC**
   TechMart Center
3  5201 Great America Parkway, Suite 320
   Santa Clara, California 95054
4  Telephone:   (408) 856-6000
   Facsimile:   (408) 608-6001
5
   Attorneys for Plaintiff,
6  ARDENTE, INC.

7

8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12

13
   ARDENTE, INC., a California corporation,        NO. CIV. S-
14
         Plaintiff,
15
   v.
16                                                 **DISCLOSURE STATEMENT**

17 RICHARD J. SHANLEY, an individual; WEAR
   THE BEST, INC., a Connecticut corporation;
18 STIR CHEF LLC, aka STIRCHEF LLC, a
   dissolved Connecticut limited liability company;
19 DYNAMIC LIVING, INC., a Connecticut
   corporation; and DOES 1 through 20, inclusive,
20
         Defendants.
21

22

23

24

25

26

27

28

DISCLOSURE STATEMENT
NO. CIV. S-

1  There is no parent corporation or publicly held corporation that owns ten (10) percent or more of Plaintiff Ardente, Inc.'s stock.

**ERIC J. SIDEBOTHAM, APC**

DATED:  August 29, 2007

_____
DANIEL M. SHAFER
Attorneys for Plaintiff,
ARDENTE, INC.

2

DISCLOSURE STATEMENT
NO. CIV. S-