| | |
|---|---|
| 1 | ERIC J. SIDEBOTHAM (SBN 208829)<br>DANIEL M. SHAFER (SBN 244839) |
| 2 | **ERIC J. SIDEBOTHAM, APC**<br>TechMart Center |
| 3 | 5201 Great America Parkway, Suite 320<br>Santa Clara, California 95054 |
| 4 | Telephone:   (408) 856-6000<br>Facsimile:    (408) 608-6001 |
| 5 | |
| 6 | Attorneys for Plaintiff,<br>ARDENTE, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARDENTE, INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD J. SHANLEY, an individual; WEAR THE BEST, INC., a Connecticut corporation; STIR CHEF LLC, aka STIRCHEF LLC, a dissolved Connecticut limited liability company; DYNAMIC LIVING, INC., a Connecticut corporation; and DOES 1 through 20, inclusive,<br><br>    Defendants. | CASE NO. 3:07-cv-04479-EMC<br><br>**STIPULATION TO EXTEND TIME IN WHICH TO RESPOND TO COMPLAINT** |

STIPULATION TO EXTEND TIME IN WHICH TO RESPOND TO COMPLAINT
CASE NO. 3:07-cv-04479-EMC

Pursuant to Civil L.R. 6-1(a), the undersigned parties hereby stipulate and agree to extend, by thirty (30) days, the time within which Defendant Dynamic Living, Inc., may answer or otherwise respond to the Complaint in this action. Said time was previously set to expire on October 2, 2007, and will now expire on November 1, 2007.

ERIC J. SIDEBOTHAM, APC

DATED: September 28, 2007

_____
DANIEL M. SHAFER
Attorneys for Plaintiff,
ARDENTE, INC.

O'SHEA, GETZ & KOSAKOWSKI, P.C.

DATED: September 28, 2007

_____
RICHARD D. GETZ
Attorneys for Defendant,
DYNAMIC LIVING, INC.