ERIC J. SIDEBOTHAM (SBN 208829)
DANIEL M. SHAFER (SBN 244839)
**ERIC J. SIDEBOTHAM, APC**
TechMart Center
5201 Great America Parkway, Suite 320
Santa Clara, California 95054
Telephone:   (408) 856-6000
Facsimile:    (408) 608-6001

Attorneys for Plaintiff,
ARDENTE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARDENTE, INC., a California corporation,<br><br>   Plaintiff,<br><br>v.<br><br>RICHARD J. SHANLEY, an individual; WEAR THE BEST, INC., a Connecticut corporation; STIR CHEF LLC, aka STIRCHEF LLC, a dissolved Connecticut limited liability company; DYNAMIC LIVING, INC., a Connecticut corporation; and DOES 1 through 20, inclusive,<br><br>   Defendants. | CASE NO. 3:07-cv-04479-EMC<br><br>**STIPULATION TO EXTEND TIME IN WHICH TO RESPOND TO COMPLAINT** |

STIPULATION TO EXTEND TIME IN WHICH TO RESPOND TO COMPLAINT
CASE NO. 3:07-cv-04479-EMC

1  Pursuant to Civil L.R. 6-1(a), the undersigned parties hereby stipulate and agree to extend the time within which Defendants Richard J. Shanley, Wear The Best, Inc., and Stir Chef LLC, may answer or otherwise respond to the Complaint in this action. Said time was previously set to expire on October 1, 2007, for Richard J. Shanley; on October 2, 2007, for Wear The Best, Inc.; and on October 5, 2007, for Stir Chef LLC. Said time will now expire on October 16, 2007, for all three of the undersigned Defendants.

ERIC J. SIDEBOTHAM, APC

DATED: September 28, 2007

_____
DANIEL M. SHAFER
Attorneys for Plaintiff,
ARDENTE, INC.

LEV & BERLIN, P.C.

DATED: September 26, 2007

_____
DUANE L. BERLIN
Attorneys for Defendants,
RICHARD J. SHANLEY, WEAR THE BEST, INC., and STIR CHEF LLC