# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

ARDENTE, INC., a California corporation,

v.

See attachment A.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C07 04479 EMC

TO: (Name and address of defendant)

See attachment A.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Eric J. Sidebotham
Eric J. Sidebotham, APC
TechMart Center
5201 Great America Parkway, Suite 320
Santa Clara, CA 95054

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK
SANDY MORRIS

DATE 8.29.07

AO 440 (Rev. 10/93) Summons in a Civil Action    **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | SEE ATTACHED ADDENDUM |
| EFFECTED (1) BY ME: | ~~OUT OF STATE~~ Kevin Farina |
| TITLE: | PROCESS SERVER    DATE: 9/12/07 |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

WEAR THE BEST INC.

Place where served:

32 Henry Street, Bethel, CT 06801 (Bldg. 17 A)

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: _____

Description of person accepting service:

SEX: M  AGE: 54  HEIGHT: 5'9  WEIGHT: 185  SKIN: W  HAIR: Balding  OTHER: ____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

Accepted by Richard Shanley / President

**STATEMENT OF SERVER**

TRAVEL $ ____.____    SERVICES $ ____.____    TOTAL $ ____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 9/14/2007

_Kevin Farina_ L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

Kevin Farina

| | |
|---|---|
| ATTORNEY: | RYAN P. SMITH |
| PLAINTIFF: | ARDENTE, INC. |
| DEFENDANT: | RICHARD SHANLEY, ET AL |
| VENUE: | DISTRICT |
| DOCKET: | C 07 04479 EMC |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

JVS

AO 440 (Rev. 10/93) Summons in a Civil Action     **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | SEE ATTACHED ADDENDUM |
| EFFECTED (1) BY ME: | ~~OUT OF STATE~~ Stuart Perlmutter |
| TITLE: | PROCESS SERVER    DATE: 9/12/07 |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[x] Served personally upon the defendant:
DYNAMIC LIVING, INC. C/O R&C SERVICE COMPANY  c/o David O'Meara    Attorney

Place where served:
280 Trumbull Street    Hartford, CT 06103

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:
_____

Relationship to defendant: _____

Description of person accepting service:

SEX: M   AGE: 55   HEIGHT: 5'10   WEIGHT: 190   SKIN: W   HAIR: Black   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.____     SERVICES $ ____.____     TOTAL $ ____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 9/14/20 07                                                                            L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083
Stuart Perlmutter

| | |
|---|---|
| ATTORNEY: | RYAN P. SMITH |
| PLAINTIFF: | ARDENTE, INC. |
| DEFENDANT: | RICHARD SHANLEY, ET AL |
| VENUE: | DISTRICT |
| DOCKET: | C 07 04479 EMC |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

JVS

AO 440 (Rev. 10/93) Summons in a Civil Action    **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | SEE ATTACHED ADDENDUM |
| EFFECTED (1) BY ME: | ~~OUT OF STATE~~ Stuart Perlmutter |
| TITLE: | PROCESS SERVER |
| DATE: | 9/11/07 |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

RICHARD SHANLEY

Place where served:

165 Old Mail Trail, Westbrook, CT. 06498

[xx] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Maureen Shanley

Relationship to defendant: Wife

Description of person accepting service:

SEX: F   AGE: 60   HEIGHT: 5'8   WEIGHT: 150   SKIN: W   HAIR: Blonde   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.___    SERVICES $ ____.___    TOTAL $ ____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 9/13/2007

_[signature]_ L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

Stuart Perlmutter

| | |
|---|---|
| ATTORNEY: | RYAN P. SMITH |
| PLAINTIFF: | ARDENTE, INC. |
| DEFENDANT: | RICHARD SHANLEY, ET AL |
| VENUE: | DISTRICT |
| DOCKET: | C 07 04479 EMC |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

JVS

AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

SERVICE OF: **SEE ATTACHED ADDENDUM**
EFFECTED (1) BY ME: ~~OUT OF STATE~~ Kevin Farina
TITLE: **PROCESS SERVER**                         DATE: 9/15/07

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:
STIR CHEF, LLC C/O ~~PAUL A. LOROCCO~~ Warren Tuttle

Place where served:
722 Silvermine Road, New Canaan, CT. 06840

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: _____

Description of person accepting service:

SEX: M  AGE: 50  HEIGHT: 5'10"  WEIGHT: 180  SKIN: White  HAIR: Black  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.___   SERVICES $ ____.___   TOTAL $ ____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 9/17/20 07    _____Kevin Farina_____ L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:   RYAN P. SMITH
PLAINTIFF:  ARDENTE, INC.
DEFENDANT:  RICHARD SHANLEY, ET AL
VENUE:      DISTRICT
DOCKET:     C 07 04479 EMC

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

JVS

ADDENDUM

1. SUMMONS,
2. CIVIL COVER SHEET,
3. COMPLAINT FOR PATENT INFRIGEMENT, BREACH OF CONTRACT AND FRAUD,
4. DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA,
5. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES,
6. JUDGE CHEN'S STANDING ORDER,
7. INSTRUCTIONS FOR THE PREPARATION OF A CASE MANAGEMENT STATEMENT,
8. CASE MANAGEMENT CONFERENCE ORDER,
9. ELECTRONIC CASE FILING USERS MANUAL,
10. NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL,
11. GENERAL RULE 45 – ELECTRONIC CASE FILING.

ATTACHMENT A

Defendants:

RICHARD J. SHANLEY, an individual; WEAR THE BEST, INC., a Connecticut corporation; STIR CHEF LLC, aka STIRCHEF LLC, a dissolved Connecticut limited liability company; DYNAMIC LIVING, INC., a Connecticut corporation; and DOES 1 through 20, inclusive

Defendants' Addresses:

RICHARD J. SHANLEY, an individual
165 Old Mail Trail
Westbrook , CT 06498

WEAR THE BEST, INC., a Connecticut corporation
c/o Daniel W. O'Grady
8 Liberty Place
Bethel, CT 06801

STIR CHEF LLC, aka STIRCHEF LLC, a dissolved Connecticut limited liability company
c/o Paul A. Lorocco
32 Henry Street
Bethel, CT 06801

DYNAMIC LIVING, INC., a Connecticut corporation
c/o R&C Service Company
280 Trumbull Street
Hartford, CT 06103-3597