1  ERIC J. SIDEBOTHAM (SBN 208829)
   DANIEL M. SHAFER (SBN 244839)
2  **ERIC J. SIDEBOTHAM, APC**
   TechMart Center
3  5201 Great America Parkway, Suite 320
   Santa Clara, California 95054
4  Telephone:   (408) 856-6000
   Facsimile:   (408) 608-6001
5
   Attorneys for Plaintiff,
6  ARDENTE, INC.
7
8
9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11                SAN FRANCISCO DIVISION
12

13  ARDENTE, INC., a California corporation,     CASE NO. 3:07-cv-04479-EMC
14       Plaintiff,                              **STIPULATION TO EXTEND TIME IN**
                                                 **WHICH TO RESPOND TO**
15  v.                                           **COMPLAINT**  ; ORDER
16
17  RICHARD J. SHANLEY, an individual; WEAR
    THE BEST, INC., a Connecticut corporation;
18  STIR CHEF LLC, aka STIRCHEF LLC, a
    dissolved Connecticut limited liability company;
19  DYNAMIC LIVING, INC., a Connecticut
    corporation; and DOES 1 through 20, inclusive,
20
         Defendants.
21
22
23
24
25
26
27
28

STIPULATION TO EXTEND TIME IN WHICH TO RESPOND TO COMPLAINT
CASE NO. 3:07-cv-04479-EMC

1 |     Pursuant to Civil L.R. 6-1(a), the undersigned parties hereby stipulate and agree to extend, by thirty (30) days, the time within which Defendant Dynamic Living, Inc., may answer or otherwise respond to the Complaint in this action. Said time was previously set to expire on October 2, 2007, and will now expire on November 1, 2007.

ERIC J. SIDEBOTHAM, APC

DATED: September 28, 2007

_____
DANIEL M. SHAFER
Attorneys for Plaintiff,
ARDENTE, INC.

O'SHEA, GETZ & KOSAKOWSKI, P.C.

DATED: September 28, 2007

_____
RICHARD D. GETZ
Attorneys for Defendant,
DYNAMIC LIVING, INC.

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]

STIPULATION TO EXTEND TIME IN WHICH TO RESPOND TO COMPLAINT
CASE NO. 3:07-cv-04479-EMC

2