```
 1  ERIC J. SIDEBOTHAM (SBN 208829)
    DANIEL M. SHAFER (SBN 244839)
 2  ERIC J. SIDEBOTHAM, APC
    TechMart Center
 3  5201 Great America Parkway, Suite 320
    Santa Clara, California 95054
 4  Telephone:  (408) 856-6000
    Facsimile:  (408) 608-6001
 5
    Attorneys for Plaintiff,
 6  ARDENTE, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARDENTE, INC., a California corporation, | CASE NO. 3:07-cv-04479-EMC |
| Plaintiff, | **STIPULATION TO EXTEND TIME IN WHICH TO RESPOND TO COMPLAINT** ; ORDER |
| v. | |
| RICHARD J. SHANLEY, an individual; WEAR THE BEST, INC., a Connecticut corporation; STIR CHEF LLC, aka STIRCHEF LLC, a dissolved Connecticut limited liability company; DYNAMIC LIVING, INC., a Connecticut corporation; and DOES 1 through 20, inclusive, | |
| Defendants. | |

Pursuant to Civil L.R. 6-1(a), the undersigned parties hereby stipulate and agree to extend the time within which Defendants Richard J. Shanley, Wear The Best, Inc., and Stir Chef LLC, may answer or otherwise respond to the Complaint in this action. Said time was previously set to expire on October 1, 2007, for Richard J. Shanley; on October 2, 2007, for Wear The Best, Inc.; and on October 5, 2007, for Stir Chef LLC. Said time will now expire on October 16, 2007, for all three of the undersigned Defendants.

ERIC J. SIDEBOTHAM, APC

DATED: September 28, 2007

_____
DANIEL M. SHAFER
Attorneys for Plaintiff,
ARDENTE, INC.

LEV & BERLIN, P.C.

DATED: September 26, 2007

_____
DUANE L. BERLIN
Attorneys for Defendants,
RICHARD J. SHANLEY, WEAR THE BEST, INC., and STIR CHEF LLC

IT IS SO ORDERED:



_____
Edward M. Chen
U.S. Magistrate Judge

STIPULATION TO EXTEND TIME IN WHICH TO RESPOND TO COMPLAINT
CASE NO. 3:07-cv-04479-EMC