```
1  ERIC J. SIDEBOTHAM (SBN 208829)
   DANIEL M. SHAFER (SBN 244839)
2  ERIC J. SIDEBOTHAM, APC
   TechMart Center
3  5201 Great America Parkway, Suite 320
   Santa Clara, California 95054
4  Telephone:   (408) 856-6000
   Facsimile:   (408) 608-6001
5
   Attorneys for Plaintiff,
6  ARDENTE, INC.
7
8
9                    UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA
11                       SAN FRANCISCO DIVISION
12
13 ARDENTE, INC., a California corporation,    CASE NO. 3:07-cv-04479-EMC
14          Plaintiff,                         STIPULATION TO EXTEND TIME IN
                                               WHICH TO ANSWER COMPLAINT
15
      v.
16
17 RICHARD J. SHANLEY, an individual; WEAR
   THE BEST, INC., a Connecticut corporation;
18 STIR CHEF LLC, aka STIRCHEF LLC, a
   dissolved Connecticut limited liability company;
19 DYNAMIC LIVING, INC., a Connecticut
   corporation; and DOES 1 through 20, inclusive,
20
            Defendants.
21
```

STIPULATION TO EXTEND TIME IN WHICH TO ANSWER COMPLAINT
CASE NO. 3:07-cv-04479-EMC

1  Pursuant to Civil L.R. 6-1(a), the undersigned parties hereby stipulate and agree to extend the
2  time within which Defendants Richard J. Shanley, Wear The Best, Inc., and Stir Chef LLC, may answer
3  the Complaint in this action. By previous stipulation, filed on September 28, 2007, said time was set to
4  expire on October 16, 2007. Said time will now expire on October 23, 2007, for all three of the
5  undersigned Defendants.

ERIC J. SIDEBOTHAM, APC

DATED: October 10, 2007

DANIEL M. SHAFER
Attorneys for Plaintiff,
ARDENTE, INC.

BERGESON, LLP

DATED: October 10, 2007

HWAY-LING HSU
Attorneys for Defendants,
RICHARD J. SHANLEY, WEAR THE BEST, INC., and STIR CHEF LLC

STIPULATION TO EXTEND TIME IN WHICH TO ANSWER TO COMPLAINT
CASE NO. 3:07-cv-04479-EMC