1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  HWAY-LING HSU, Bar No. 196178
   hhsu@be-law.com
3  BERGESON, LLP
   303 Almaden Boulevard, Suite 500,
4  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
5  Facsimile:   (408) 297-6000

6  Attorneys for Defendants
   RICHARD J. SHANLEY;
7  WEAR THE BEST, INC.; STIR CHEF LLC

8

9                  UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12

13  ARDENTE, INC. a California corporation,        Case No. C07-04479 EMC

14                                Plaintiff,       **DECLARATION OF RICHARD J.
                                                   SHANLEY IN SUPPORT OF MOTION
15       vs.                                       TO DISMISS COMPLAINT**

16  RICHARD J. SHANLEY, an individual; WEAR        Date:       December 5, 2007
    THE BEST, INC., a Connecticut corporation;     Time:       10:30 a.m.
17  STIR CHEF LLC, aka STIRCHEF LLC, a             Place:      Courtroom C, 15th floor
    dissolved Connecticut limited liability company;   Judge:      Honorable Edward M. Chen
18  DYNAMIC LIVING, INC., a Connecticut
    corporation; and DOES 1 through 20, inclusive,
19
                                  Defendants.
20                                                 Case Filed:  August 29, 2007

21

22

23

24

25

26

27

28

1    I, Richard J. Shanley, declare as follows:

2    1.    I am the president of defendant Wear the Best, Inc.  I am also one of four former

3    members of defendant Stir Chef, LLC, a dissolved Connecticut limited liability company.  I reside

4    and work in Connecticut, and have done so continuously since 1995.  I have never lived or worked

5    in California.  I have personal knowledge of the facts set forth in this Declaration, and, if called to

6    do so, could and would competently testify thereto.

7    2.    Wear the Best is a Connecticut corporation that provides warehouse and order

8    fulfillment services to other businesses.  Since 1995, it has maintained offices and facilities in

9    Connecticut and nowhere else.  It has no facilities, operations or employees in California.  Its

10    clients are located mainly in Connecticut and other Eastern states; it does not provide services to

11    any California-based clients.  It does not market or promote its services in California.  Wear the

12    Best has a website at www.wtbship.com that describes its business and services, but viewers are

13    not able to purchase products or services via the Wear the Best website.

14    3.    Stir Chef was a Connecticut limited liability company that was formed in January

15    16, 2003 and dissolved March 15, 2004.  The primary purpose for its formation was to make and

16    sell StirChef Saucepan Stirrers and EZ Stirrers, which are automatic stirrers for use by home

17    cooks (the "Stirrers").  By written agreement dated February 13, 2003, Stir Chef licensed Patent

18    No. 6,113,258 from plaintiff Ardente, Inc.  I did not negotiate or sign this agreement, but as a

19    member of Stir Chef, I am familiar with it.  A true and correct copy of the Exclusive License

20    Agreement dated February 13, 2003 ("License Agreement") is attached hereto as Exhibit A.

21    4.    In November 2003, after disappointing sales of the Stirrers, Stir Chef terminated

22    the License Agreement by written notice to Ardente, Inc.  In February 2004, Ardente and Stir Chef

23    entered into a Mutual Release Under License Agreement, which provided for a final lump sum

24    royalty payment on the remaining inventory and stock of Stirrers, and released all claims arising

25    under the License Agreement.   A true and correct copy of the Mutual Release Under License

26    Agreement dated February 12, 2004 ("Mutual Release Agreement"), which I signed on behalf of

27    Stir Chef, is attached hereto as Exhibit B.

28

- 1 -

DECLARATION OF RICHARD J. SHANLEY IN SUPPORT OF
MOTION TO DISMISS COMPLAINT
CASE NO. C07-04479 EMC

1        5.        On or about February 12, 2004, Stir Chef paid Ardente the $20,000 lump sum

2   royalty described in paragraph 5 of the Mutual Release Agreement.  Subsequently, before

3   December 31, 2004, Stir Chef sold or disposed of its remaining inventory of Stirrers, including

4   inventory transferred to Wear the Best in satisfaction of amounts Stir Chef owed to Wear the Best.

5        I declare under penalty of perjury under that the foregoing is true and correct.

6        Executed this 23rd day of October, 2007 in Bethel, Connecticut.

7

8                                                                /s/

9                                                          Richard J. Shanley

10

11

12

13        I hereby attest that I have on file all holograph signatures for any signatures indicated by a

14   "conformed" signature (/s/) within this efiled document.

15   Dated:  October 23, 2007                              /s/

16                                                          Hway-ling Hsu

17

18

19

20

21

22

23

24

25

26

27

28
                                                   - 2 -
                           DECLARATION OF RICHARD J. SHANLEY IN SUPPORT OF
                                   MOTION TO DISMISS COMPLAINT
                                       CASE NO. C07-04479 EMC