1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  HWAY-LING HSU, Bar No. 196178
   hhsu@be-law.com
3  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
4  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
5  Facsimile:   (408) 297-6000

6  Attorneys for Defendants
   RICHARD J. SHANLEY;
7  WEAR THE BEST, INC.; and STIR CHEF LLC

8

9                 UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

13  ARDENTE, INC. a California corporation,    Case No. C07-04479 EMC

14                             Plaintiff,       **[PROPOSED] ORDER GRANTING
                                                DEFENDANTS' MOTION TO DISMISS
15     vs.                                      COMPLAINT**

16  RICHARD J. SHANLEY, an individual; WEAR     Date:      December 5, 2007
    THE BEST, INC., a Connecticut corporation;  Time:      10:30 a.m.
17  STIR CHEF LLC, aka STIRCHEF LLC, a          Place:     Courtroom C, 15th floor
    dissolved Connecticut limited liability company;  Judge:    Honorable Edward M. Chen
18  DYNAMIC LIVING, INC., a Connecticut
    corporation; and DOES 1 through 20, inclusive,
19
                             Defendants.
20                                              Case Filed:  August 29, 2007
21

22

23

24

25

26

27

28

1      On December 5, 2007, the motion of defendants Richard J. Shanley, an individual, Wear

2  The Best, Inc. and Stir Chef LLC for an order dismissing the Complaint came on regularly for

3  hearing in the above-referenced court, the Honorable Edward M. Chen presiding.  Having

4  reviewed the papers submitted in support of and in opposition to the motion, as well as having

5  considered the arguments of counsel, and the pleadings on file in this action, and good cause

6  appearing accordingly,

7      IT IS HEREBY ORDERED THAT dismissal of the Complaint is GRANTED.  Plaintiff

8  has not carried its burden of showing that this Court may exercise personal jurisdiction over

9  defendants Shanley or Wear the Best, Inc., or that venue lies in this District.  Further, plaintiff has

10  not met its burden of showing why Stir Chef LLC, a dissolved Connecticut limited liability

11  company, is subject to suit under the applicable Connecticut statute.

12      -or, in the alternative-

13      IT IS HEREBY ORDERED THAT dismissal of the Complaint is GRANTED.  Personal

14  jurisdiction and venue are proper in this Court as to defendants Shanley and Wear the Best, but

15  the Complaint fails to state a claim upon which relief may be granted.  The first claim for patent

16  infringement fails to give defendants adequate notice of the allegations against each of them.  The

17  second claim for breach of contract is dismissed as against Shanley, who is not a party to either

18  agreement, and to the extent the claim alleges breach of the License Agreement by Stir Chef,

19  barred by the release contained in the Mutual Release Agreement.  The third and fourth claims for

20  relief for fraud are dismissed as inadequately pled. Further, the Complaint in its entirety is

21  dismissed as to Stir Chef, a dissolved limited liability company that is not subject to suit on these

22  facts.

23

24  Dated: _____, 2007              _____

25                                                           Honorable Edward M. Chen
                                                             United States Magistrate Judge

26

27

28
                                          - 1 –
                        [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS COMPLAINT
                                          CASE NO. C07-04479 EMC