1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  HWAY-LING HSU, Bar No. 196178
   hhsu@be-law.com
3  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
4  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
5  Facsimile:   (408) 297-6000

6  Attorneys for Defendants
   RICHARD J. SHANLEY;
7  WEAR THE BEST, INC.; STIR CHEF LLC

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

| | |
|---|---|
| 13  ARDENTE, INC. a California corporation, | Case No. C07-04479 EMC |
| 14                          Plaintiff, | |
| 15      vs. | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIV. L.R. 3-16** |
| 16  RICHARD J. SHANLEY, an individual; WEAR THE BEST, INC., a Connecticut corporation; STIR CHEF LLC, aka STIRCHEF LLC, a dissolved Connecticut limited liability company; DYNAMIC LIVING, INC., a Connecticut corporation; and DOES 1 through 20, inclusive, | |
| 17 | |
| 18 | Case Filed:  August 29, 2007 |
| 19 | |
| 20                          Defendants. | |

21
22
23
24
25
26
27
28

---
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. C07-04479 EMC

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:  October 24, 2007                                                BERGESON, LLP


                                                                                  By:_____/s/_____
                                                                                              Hway-ling Hsu

                                                                                  Attorneys for Defendants
                                                                                  RICHARD J. SHANLEY;
                                                                                  WEAR THE BEST, INC.; STIR CHEF LLC