1  ERIC J. SIDEBOTHAM (SBN 208829)
   DANIEL M. SHAFER (SBN 244839)
2  **ERIC J. SIDEBOTHAM, APC**
   TechMart Center
3  5201 Great America Parkway, Suite 320
   Santa Clara, California 95054
4  Telephone:    (408) 856-6000
   Facsimile:    (408) 608-6001
5
   Attorneys for Plaintiff,
6  ARDENTE, INC.

7

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12

13  ARDENTE, INC., a California corporation,        CASE NO. 3:07-cv-04479-EMC

14        Plaintiff,                                **STIPULATION TO EXTEND TIME IN
                                                     WHICH TO ANSWER COMPLAINT** ; ORDER
15
    v.
16

17  RICHARD J. SHANLEY, an individual; WEAR
    THE BEST, INC., a Connecticut corporation;
18  STIR CHEF LLC, aka STIRCHEF LLC, a
    dissolved Connecticut limited liability company;
19  DYNAMIC LIVING, INC., a Connecticut
    corporation; and DOES 1 through 20, inclusive,
20
          Defendants.
21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME IN WHICH TO ANSWER COMPLAINT
CASE NO. 3:07-cv-04479-EMC

1    Pursuant to Civil L.R. 6-1(a), the undersigned parties hereby stipulate and agree to extend the

2    time within which Defendants Richard J. Shanley, Wear The Best, Inc., and Stir Chef LLC, may answer

3    the Complaint in this action. By previous stipulation, filed on September 28, 2007, said time was set to

4    expire on October 16, 2007. Said time will now expire on October 23, 2007, for all three of the

5    undersigned Defendants.

6

7

8                                            **ERIC J. SIDEBOTHAM, APC**

9

10   DATED: October ___10___, 2007

11                                            DANIEL M. SHAFER
                                             Attorneys for Plaintiff,
12                                           ARDENTE, INC.

13

14                                           **BERGESON, LLP**

15

16   DATED: October ___10___, 2007

17                                           HWAY-LING HSU
                                             Attorneys for Defendants,
18                                           RICHARD J. SHANLEY, WEAR THE BEST,
                                             INC., and STIR CHEF LLC

19

20

21

22   IT IS SO O

23   _____
     EDWARD
24   U.S. MAG
     JUDGE
25

26

27

28



IT IS SO ORDERED
Judge Edward M. Chen

2
STIPULATION TO EXTEND TIME IN WHICH TO ANSWER TO COMPLAINT
CASE NO. 3:07-cv-04479-EMC