DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
HWAY-LING HSU, Bar No. 196178
hhsu@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Defendants
RICHARD J. SHANLEY;
WEAR THE BEST, INC.; and STIR CHEF LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARDENTE, INC. a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD J. SHANLEY, an individual; WEAR THE BEST, INC., a Connecticut corporation; STIR CHEF LLC, aka STIRCHEF LLC, a dissolved Connecticut limited liability company; DYNAMIC LIVING, INC., a Connecticut corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. C07-04479 EMC<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**<br><br>Case Filed: August 29, 2007 |

1 | CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: October 29, 2007

BERGESON, LLP

By:     /s/ Hway-ling Hsu
         Hway-ling Hsu

Attorneys for Defendants
RICHARD J. SHANLEY;
WEAR THE BEST, INC.; and STIR CHEF LLC

- 1 -
CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
Case No. C07-04479 EMC