1  ERIC J. SIDEBOTHAM (SBN 208829)
   DANIEL M. SHAFER (SBN 244839)
2  **ERIC J. SIDEBOTHAM, APC**
   TechMart Center
3  5201 Great America Parkway, Suite 320
   Santa Clara, California 95054
4  Telephone:    (408) 856-6000
   Facsimile:    (408) 608-6001
5
   Attorneys for Plaintiff,
6  ARDENTE, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| ARDENTE, INC., a California corporation, | CASE NO. 3:07-cv-04479-EMC |
|---|---|
| Plaintiff, | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| v. | |
| RICHARD J. SHANLEY, an individual; WEAR THE BEST, INC., a Connecticut corporation; STIR CHEF LLC, aka STIRCHEF LLC, a dissolved Connecticut limited liability company; DYNAMIC LIVING, INC., a Connecticut corporation; and DOES 1 through 20, inclusive, | |
| Defendants. | |

1 | The undersigned party in the above-captioned civil matter hereby declines to consent to the
2 | assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests
3 | the reassignment of this case to a United States District Judge.

**ERIC J. SIDEBOTHAM, APC**

DATED: October 30, 2007

_____
DANIEL M. SHAFER
Attorneys for Plaintiff,
ARDENTE, INC.