1 | ERIC J. SIDEBOTHAM (SBN 208829)
DANIEL M. SHAFER (SBN 244839)
2 | **ERIC J. SIDEBOTHAM, APC**
TechMart Center
3 | 5201 Great America Parkway, Suite 320
Santa Clara, California 95054
4 | Telephone:  (408) 856-6000
Facsimile:   (408) 608-6001
5
6 | Attorneys for Plaintiff,
ARDENTE, INC.
7
8
9 | UNITED STATES DISTRICT COURT
10 | NORTHERN DISTRICT OF CALIFORNIA
11 | SAN FRANCISCO DIVISION
12
13 | ARDENTE, INC., a California corporation,        CASE NO. 3:07-cv-04479-MHP
14 |         Plaintiff,
                                                 **STIPULATION TO EXTEND TIME IN**
15 |                                              **WHICH TO RESPOND TO**
    v.                                           **COMPLAINT**
16
17 | RICHARD J. SHANLEY, an individual; WEAR
    THE BEST, INC., a Connecticut corporation;
18 | STIR CHEF LLC, aka STIRCHEF LLC, a
    dissolved Connecticut limited liability company;
19 | DYNAMIC LIVING, INC., a Connecticut
    corporation; and DOES 1 through 20, inclusive,
20
            Defendants.
21
22
23
24
25
26
27
28

STIPULATION TO EXTEND TIME IN WHICH TO RESPOND TO COMPLAINT
CASE NO. 3:07-cv-04479-MHP

Pursuant to Civil L.R. 6-1(a), the undersigned parties hereby stipulate and agree to extend, by fourteen(14) days, the time within which Defendant Dynamic Living, Inc., may answer or otherwise respond to the Complaint in this action. Said time was previously set to expire on November 1, 2007, and will now expire on November 15, 2007.

ERIC J. SIDEBOTHAM, APC

DATED: November 5, 2007

_____
DANIEL M. SHAFER
Attorneys for Plaintiff,
ARDENTE, INC.

O'SHEA, GETZ & KOSAKOWSKI, P.C.

DATED: November 5, 2007

_____
RICHARD D. GETZ
Attorneys for Defendant,
DYNAMIC LIVING, INC.