1  ERIC J. SIDEBOTHAM (SBN 208829)
   DANIEL M. SHAFER (SBN 244839)
2  **ERIC J. SIDEBOTHAM, APC**
   TechMart Center
3  5201 Great America Parkway, Suite 320
   Santa Clara, California 95054
4  Telephone:    (408) 856-6000
   Facsimile:    (408) 608-6001
5
   Attorneys for Plaintiff,
6  ARDENTE, INC.

7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12

13
   ARDENTE, INC., a California corporation,          CASE NO. 3:07-cv-04479-MHP
14
            Plaintiff,                               **STIPULATION TO EXTEND TIME IN
15                                                   WHICH TO RESPOND TO
                                                     COMPLAINT**
   v.
16

17 RICHARD J. SHANLEY, an individual; WEAR
   THE BEST, INC., a Connecticut corporation;
18 STIR CHEF LLC, aka STIRCHEF LLC, a
   dissolved Connecticut limited liability company;
19 DYNAMIC LIVING, INC., a Connecticut
   corporation; and DOES 1 through 20, inclusive,
20
            Defendants.
21

22

23

24

25

26

27

28

   STIPULATION TO EXTEND TIME IN WHICH TO RESPOND TO COMPLAINT
   CASE NO. 3:07-cv-04479- MHP

1    Pursuant to Civil L.R. 6-1(a), the undersigned parties hereby stipulate and agree to extend, by

2  fourteen(14) days, the time within which Defendant Dynamic Living, Inc., may answer or otherwise

3  respond to the Complaint in this action. Said time was previously set to expire on November 1, 2007, and

4  will now expire on November 15, 2007.

5

6

7                                              ERIC J. SIDEBOTHAM, APC

8

9  DATED: November __5__, 2007

10                                             DANIEL M. SHAFER
                                               Attorneys for Plaintiff,
11                                             ARDENTE, INC.

12

13                                             O'SHEA, GETZ & KOSAKOWSKI, P.C.

14

15  DATED: November __5__, 2007               Ruld D Getz
                                               _____
16                                             RICHARD D. GETZ
                                               Attorneys for Defendant,
17                                             DYNAMIC LIVING, INC.

18

19

20

21                November 6, 2007            IT IS SO ORDERED

22

23                                             Judge Marilyn H. Patel

24

25

26

27

28

STIPULATION TO EXTEND TIME IN WHICH TO RESPOND TO COMPLAINT
CASE NO. 3:07-cv-04479- MHP