1  ERIC J. SIDEBOTHAM (SBN 208829)
   DANIEL M. SHAFER (SBN 244839)
2  **ERIC J. SIDEBOTHAM, APC**
   TechMart Center
3  5201 Great America Parkway, Suite 320
   Santa Clara, California 95054
4  Telephone:   (408) 856-6000
   Facsimile:   (408) 608-6001
5
   Attorneys for Plaintiff,
6  ARDENTE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ARDENTE, INC., a California corporation, | CASE NO. 3:07-cv-04479-MHP |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME IN WHICH TO RESPOND TO COMPLAINT** |
| v. | |
| RICHARD J. SHANLEY, an individual; WEAR THE BEST, INC., a Connecticut corporation; STIR CHEF LLC, aka STIRCHEF LLC, a dissolved Connecticut limited liability company; DYNAMIC LIVING, INC., a Connecticut corporation; and DOES 1 through 20, inclusive, | |
| Defendants. | |

Pursuant to Civil L.R. 6-1(a), the undersigned parties hereby stipulate and agree to extend the time within which Defendant Dynamic Living, Inc., may answer or otherwise respond to the Complaint in this action. Said time will now expire on November 19, 2007.

DATED: November 14, 2007

ERIC J. SIDEBOTHAM, APC

_____
ERIC J. SIDEBOTHAM
Attorneys for Plaintiff,
ARDENTE, INC.

DATED: November 14, 2007

O'SHEA, GETZ & KOSAKOWSKI, P.C.

_____
RICHARD D. GETZ
Attorneys for Defendant,
DYNAMIC LIVING, INC.