1  ERIC J. SIDEBOTHAM (SBN 208829)
   DANIEL M. SHAFER (SBN 244839)
2  **ERIC J. SIDEBOTHAM, APC**
   TechMart Center
3  5201 Great America Parkway, Suite 320
   Santa Clara, California 95054
4  Telephone:   (408) 856-6000
   Facsimile:   (408) 608-6001
5
   Attorneys for Plaintiff,
6  ARDENTE, INC.

7
   RICHARD D. GETZ
8  **O'SHEA, GETZ & KOSAKOWSKI, P.C.**
   1500 Main Street, Suite 912
9  Springfield, MA 01115
   Telephone:   (413) 731-3100
10 Facsimile:   (413) 731-3101

11 Attorneys for Defendant,
   DYNAMIC LIVING, INC.
12

13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                    SAN FRANCISCO DIVISION

17

18 | ARDENTE, INC., a California corporation, | CASE NO. 3:07-cv-04479-MHP |
   |---|---|
   | Plaintiff, | **[PROPOSED] PERMANENT INJUNCTION AND FINAL JUDGMENT ON CONSENT** |
   | v. | |
   | RICHARD J. SHANLEY, an individual; WEAR THE BEST, INC., a Connecticut corporation; STIR CHEF LLC, aka STIRCHEF LLC, a dissolved Connecticut limited liability company; DYNAMIC LIVING, INC., a Connecticut corporation; and DOES 1 through 20, inclusive, | |
   | Defendants. | |

1  WHEREAS Plaintiff Ardente, Inc., and Defendant Dynamic Living, Inc., have stipulated and
2  agreed to a final judgment for permanent injunction in this action, under the terms and conditions set
3  forth herein;
4
5  IT IS HEREBY ORDERED THAT:
6  1. Final judgment on consent for permanent injunctive relief shall be entered in this action
7  against Defendant Dynamic Living, Inc. ("Defendant").
8  2. Defendant and its officers, agents, servants, employees, attorneys, subsidiaries, affiliates,
9  successors, assigns, and any and all of those acting in active concert or participation with anyone who
10 received actual notice of this order by personal service or otherwise, shall be permanently enjoined from
11 manufacturing, producing, distributing, circulating, selling, offering for sale, importing, exporting,
12 advertising, promoting, displaying, shipping, marketing or otherwise disposing of any food-stirring
13 devices that infringe any claim of United States Patent No. 6,113,258, specifically including but not
14 limited to the products marketed as "Stir Chef" and/or "EZ Stir," with the exception that Defendant shall
15 have the right to retain and distribute ten (10) such products to existing customers of Defendant as
16 necessary for the sole purpose of replacing defective units previously sold by Defendant.
17
18
19                                                      DYNAMIC LIVING, INC.
20
21 DATED: October _____, 2007              By: _Andrea S Tannenbaum_
22                                                      ANDREA S. TANNENBAUM
                                                        President
23
24                                                      ARDENTE, INC.
25
26 DATED: October  31 , 2007              By: _John O____
                                                        JOHN ARDENT
27                                                      President
28
                                                     2
[PROPOSED] PERMANENT INJUNCTION AND FINAL JUDGMENT ON CONSENT
CASE NO. 3:07-cv-04479-MHP

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  DATED: _____          _____
                                          HONORABLE EDWARD M. CHEN
4                                         United States Magistrate Judge

5

6  APPROVED AS TO FORM BY:

7  **ERIC J. SIDEBOTHAM, APC**

8

9  [signature]

10 DANIEL M. SHAFER
   Attorneys for Plaintiff,
11 ARDENTE, INC.

12

13 **O'SHEA, GETZ & KOSAKOWSKI, P.C.**

14

15 [signature]

16 RICHARD D. GETZ
   Attorneys for Defendant,
17 DYNAMIC LIVING, INC.

18–28 blank