1 | ERIC J. SIDEBOTHAM (SBN 208829)
DANIEL M. SHAFER (SBN 244839)
2 | **ERIC J. SIDEBOTHAM, APC**
TechMart Center
3 | 5201 Great America Parkway, Suite 320
Santa Clara, California 95054
4 | Telephone:   (408) 856-6000
Facsimile:   (408) 608-6001
5 |
Attorneys for Plaintiff,
6 | ARDENTE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ARDENTE, INC., a California corporation, | CASE NO. C 07-04479 MHP |
|---|---|
| Plaintiff, | |
| v. | **PROOF OF SERVICE** |
| RICHARD J. SHANLEY, an individual; WEAR THE BEST, INC., a Connecticut corporation; STIR CHEF LLC, aka STIRCHEF LLC, a dissolved Connecticut limited liability company; DYNAMIC LIVING, INC., a Connecticut corporation; and DOES 1 through 20, inclusive, | |
| Defendants. | |

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SANTA CLARA

I am employed in the County of Santa Clara, State of California. I am over 18 years of age and not a party to the within action. My business address is 5201 Great America Parkway, Suite 320, Santa Clara, CA 95054.

On November 20, 2007, I served the documents described as:

**CLERKS NOTICE DATED: November 6, 2007**

**ORDER SETTING CONFERENCE**

**FORM FOR THE JOINT CASE MANAGEMENT STATEMENT**

**ADDENDUM I**

**STANDING ORDER RE: CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

in this action by placing the true and correct copies thereof in a sealed envelope, addressed as follows:

Hway-ling Hsu, Esq.
Burgeson, LLP
303 Almaden Blvd., Suite 500
San Jose, CA 95110-2712

[X] **(BY U.S. MAIL)** I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U. S. Postal Service on that same day with postage thereon fully prepaid in Santa Clara County, State of California, in the ordinary course of business.

[ ] **(BY FAX)** *Courtesy copy.*

[ ] **(BY PERSONAL SERVICE)** I caused to be delivered said envelope(s) by hand to the offices of the addressee.

[ ] **(BY OVERNIGHT DELIVERY)** I caused said envelope(s) to be delivered overnight via overnight delivery service in lieu of delivery by mail to the addressee(s).

///
///
///
///

Executed on this 20 day of November, 2007 in Santa Clara County, State of California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*Ryan Smith*
RYAN SMITH

PROOF OF SERVICE
CASE NO. C 07-04479 MPH