# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Ardente Inc, <br><br>                    Plaintiff(s), <br><br>     v. <br><br> Shanley, <br><br>                    Defendant(s). | 07-04479 MHP MED <br><br> **Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**William F. Abrams**
Bingham McCutchen
1900 University Ave.
East Palo Alto, CA 94303-2223
650-849-4400

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-04479 MHP MED                         - 1 -

1   Counsel are reminded that the written mediation statements required by the ADR
2   L.R. 6-7 shall NOT be filed with the court.

4   Dated: November 27, 2007

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand

_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-04479 MHP MED                - 2 -