1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  HWAY-LING HSU, Bar No. 196178
   hhsu@be-law.com
3  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
4  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
5  Facsimile:  (408) 297-6000

6  Attorneys for Defendants
   RICHARD J. SHANLEY;
7  WEAR THE BEST, INC.; STIR CHEF LLC

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13 | ARDENTE, INC. a California corporation, | Case No. C07-04479 MHP
14 |                          Plaintiff,      | **STIPULATION AND [PROPOSED] ORDER**
15 | vs.                                      |
16 | RICHARD J. SHANLEY, an individual; WEAR THE BEST, INC., a Connecticut corporation; STIR CHEF LLC, aka STIRCHEF LLC, a dissolved Connecticut limited liability company; DYNAMIC LIVING, INC., a Connecticut corporation; and DOES 1 through 20, inclusive, | Case Filed: August 29, 2007
17 |                                          |
18 |                                          |
19 |                                          |
20 |                          Defendants.     |

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER                                Case No. C07-04479 MHP

1   WHEREAS, counsel for the parties in the above-captioned action previously stipulated, and this Court ordered, that the parties would participate in court-sponsored mediation by no later than 30 days from the date of the Court's order referring the case to mediation; and

WHEREAS, counsel have conferred with the ADR office staff and been informed that the potential mediators agreed to by the parties were not available within the 30 day deadline; and

WHEREAS, a mediator has been appointed who is available before January 31, 2008, and the parties wish to stipulate that the mediation deadline be extended to January 31, 2008; and

WHEREAS, a case management conference ("CMC") is scheduled for December 17, 2007 at 4:00 p.m. in Courtroom 15 of this Court, and CMC statements are due for filing in anticipation thereof on December 7, 2007.

THEREFORE, the parties hereby stipulate, and request an order from this Court, as follows:

(1)   The deadline for mediation is extended to and includes January 31, 2008.

(2)   The case management conference is continued from December 17, 2007 to February 26, 2008, or such date as may be convenient to the Court, at 4 p.m. in Courtroom 15 of this Court, with CMC statements due 10 days prior.

SO STIPULATED.

Dated: November 27, 2007          BERGESON, LLP

                                  By: _____
                                      Hway-Ling Hsu

                                  Attorneys for Defendants
                                  RICHARD J. SHANLEY;
                                  WEAR THE BEST, INC.; and
                                  STIR CHEF LLC

Dated: November 27, 2007          ERIC J. SIDEBOTHAM, APC

                                  By: _____
                                      Eric J. Sidebotham
                                      Attorneys for Plaintiff
                                      ARDENTE, INC.

- 1 -

STIPULATION AND [PROPOSED] ORDER                                  Case No. C07-04479

1 | IT IS SO ORDERED.

2

3 | Dated: __11/29_____, 2007    By: _____

