# UNITED STATES DISTRICT COURT

## Northern District of California

Ardente Inc,

    Plaintiff(s),

v.

Shanley,

    Defendant(s).

No. C 07-04479 MHP MED

**Certification of ADR Session**

*Instructions*: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) 1/31/08

2. Did the case settle?   ☐ fully   ☐ partially   ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☒ phone discussions expected by (date) 2/20/08

   ☐ no

4. IS THIS ADR PROCESS COMPLETED?   ☐ YES   ☒ NO

Dated: 1/31/08

                        /s/ William F. Abrams

Mediator, William F. Abrams
Bingham McCutchen
1900 University Ave.
East Palo Alto, CA 94303-2223

Certification of ADR Session
07-04479 MHP MED                              - 1 -