1  ERIC J. SIDEBOTHAM (SBN 208829)
   DANIEL M. SHAFER (SBN 244839)
2  **ERIC J. SIDEBOTHAM, APC**
   TechMart Center
3  5201 Great America Parkway, Suite 320
   Santa Clara, California 95054
4  Telephone:    (408) 856-6000
   Facsimile:    (408) 608-6001
5
   Attorneys for Plaintiff,
6  ARDENTE, INC.

7

8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                          SAN FRANCISCO DIVISION

12

13

| ARDENTE, INC., a California corporation, | CASE NO. 3:07-cv-04479-MHP |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE CURRENTLY SET FOR FEBRUARY 26, 2008 AT 4:00 P.M. UNTIL MARCH 24, 2008 AT 4:00 P.M.** |
| v. | |
| RICHARD J. SHANLEY, an individual; WEAR THE BEST, INC., a Connecticut corporation; STIR CHEF LLC, aka STIRCHEF LLC, a dissolved Connecticut limited liability company; DYNAMIC LIVING, INC., a Connecticut corporation; and DOES 1 through 20, inclusive, | |
| Defendants. | |

---

STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE
CURRENTLY SET FOR FEBRUARY 26, 2008 AT 4:00 P.M. UNTIL MARCH 24, 2008 AT 4:00 P.M.
CASE NO. 3:07-cv-04479-MHP

1  IT IS HEREBY STIPULATED AND AGREED, subject to the court's approval, by and between Plaintiff Ardente, Inc., and specially-appearing Defendants Richard Shanley, Wear the Best, Inc., and Stir Chef LLC, as follows:

Because of ongoing settlement discussions in the above-captioned matter, the case management conference currently set for February 26, 2008, at 4:00 p.m. in courtroom 15 of the United States District Court is continued until March 24, 2008, at 4:00 p.m.

**ERIC J. SIDEBOTHAM, APC**

DATED: February 19, 2008         /s/
                                 DANIEL M. SHAFER
                                 Attorneys for Plaintiff,
                                 ARDENTE, INC.

**BERGESON, LLP**

DATED: February 19, 2008         /s/
                                 HWAY-LING HSU
                                 Attorneys for Specially Appearing Defendants,
                                 RICHARD J. SHANLEY, WEAR THE BEST,
                                 INC., and STIR CHEF LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: February _____, 2008
                                 HONORABLE MARILYN H. PATEL
                                 United States District Court Judge



2

STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE CURRENTLY SET FOR FEBRUARY 26, 2008 AT 4:00 P.M. UNTIL MARCH 24, 2008 AT 4:00 P.M.
CASE NO. 3:07-cv-04479-MHP