1  ERIC J. SIDEBOTHAM (SBN 208829)
   DANIEL M. SHAFER (SBN 244839)
2  **ERIC J. SIDEBOTHAM, APC**
   TechMart Center
3  5201 Great America Parkway, Suite 320
   Santa Clara, California 95054
4  Telephone:   (408) 856-6000
   Facsimile:    (408) 608-6001
5
   Attorneys for Plaintiff,
6  ARDENTE, INC.

7

8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12

13

14 | ARDENTE, INC., a California corporation, | CASE NO. 3:07-cv-04479-MHP |
   |---|---|
   | Plaintiff, | **DECLARATION OF DANIEL M. SHAFER, ESQ., IN SUPPORT OF STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE CURRENTLY SET FOR FEBRUARY 26, 2008, UNTIL MARCH 24, 2008** |
   | v. | |
   | RICHARD J. SHANLEY, an individual; WEAR THE BEST, INC., a Connecticut corporation; STIR CHEF LLC, aka STIRCHEF LLC, a dissolved Connecticut limited liability company; DYNAMIC LIVING, INC., a Connecticut corporation; and DOES 1 through 20, inclusive, | |
   | Defendants. | |



DECLARATION OF DANIEL M. SHAFER, ESQ., IN SUPPORT OF STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE CURRENTLY SET FOR FEBRUARY 26, 2008, UNTIL MARCH 24, 2008
CASE NO. 3:07-cv-04479-MHP

I, Daniel M. Shafer, Esq., declare:

1. I am attorney of record for the plaintiff Ardente, Inc., in the above-captioned matter. I have personal knowledge of the facts contained in this declaration and if called to testify thereto I could and would testify competently as to the facts contained herein.

2. This declaration is submitted in compliance with Civil. L.R. 6-2(a), in support of the parties' stipulation to continue the case management conference, currently set for February 26, 2008, until March 24, 2008.

3. The reason for the requested continuance is that the parties to this case, through their respective counsel, are actively engaged in settlement discussions.

4. Previous time modifications in this case have been limited to stipulated extensions of the various defendants' time to answer the complaint.

5. The instant request to continue the case management conference is expected to have no appreciable effect on the schedule for the case, since no schedule has yet been set beyond the case management conference in question.

Executed on this 19th day of February, 2008, in Santa Clara County, California. I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

                                                /s/
                                DANIEL M. SHAFER, ESQ.

DECLARATION OF DANIEL M. SHAFER, ESQ., IN SUPPORT OF STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE CURRENTLY SET FOR FEBRUARY 26, 2008, UNTIL MARCH 24, 2008
CASE NO. 3:07-cv-04479-MHP