1  ERIC J. SIDEBOTHAM (SBN 208829)
   DANIEL M. SHAFER (SBN 244839)
2  **ERIC J. SIDEBOTHAM, APC**
   TechMart Center
3  5201 Great America Parkway, Suite 320
   Santa Clara, California 95054
4  Telephone:    (408) 856-6000
   Facsimile:    (408) 608-6001
5
   Attorneys for Plaintiff,
6  ARDENTE, INC.

7

8

9            UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12

13

   ARDENTE, INC., a California corporation,   |   CASE NO. 3:07-cv-04479-MHP
14
          Plaintiff,                          |   **STIPULATION AND [PROPOSED]**
15                                                **ORDER CONTINUING THE CASE**
                                                  **MANAGEMENT CONFERENCE**
16  v.                                            **CURRENTLY SET FOR FEBRUARY 26,**
                                                  **2008 AT 4:00 P.M. UNTIL MARCH 24,**
17                                                **2008 AT 4:00 P.M.**
    RICHARD J. SHANLEY, an individual; WEAR
18  THE BEST, INC., a Connecticut corporation;
    STIR CHEF LLC, aka STIRCHEF LLC, a
19  dissolved Connecticut limited liability company;
    DYNAMIC LIVING, INC., a Connecticut
20  corporation; and DOES 1 through 20, inclusive,

21        Defendants.

22

23

24

25

26

27

28

   STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE
   CURRENTLY SET FOR FEBRUARY 26, 2008 AT 4:00 P.M. UNTIL MARCH 24, 2008 AT 4:00 P.M.
   CASE NO. 3:07-cv-04479-MHP



1   IT IS HEREBY STIPULATED AND AGREED, subject to the court's approval, by and between Plaintiff Ardente, Inc., and specially-appearing Defendants Richard Shanley, Wear the Best, Inc., and Stir Chef LLC, as follows:

Because of ongoing settlement discussions in the above-captioned matter, the case management conference currently set for February 26, 2008, at 4:00 p.m. in courtroom 15 of the United States District Court is continued until March 24, 2008, at 4:00 p.m.

**ERIC J. SIDEBOTHAM, APC**

DATED:  February 19, 2008          /s/
                                   DANIEL M. SHAFER
                                   Attorneys for Plaintiff,
                                   ARDENTE, INC.

**BERGESON, LLP**

DATED:  February 19, 2008          /s/
                                   HWAY-LING HSU
                                   Attorneys for Specially Appearing Defendants,
                                   RICHARD J. SHANLEY, WEAR THE BEST,
                                   INC., and STIR CHEF LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  February  21 , 2008        _____
                                   HONORABLE
                                   United States

*IT IS SO ORDERED — Judge Marilyn H. Patel* (seal: United States District Court, Northern District of California)

2

STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE CURRENTLY SET FOR FEBRUARY 26, 2008 AT 4:00 P.M. UNTIL MARCH 24, 2008 AT 4:00 P.M.
CASE NO. 3:07-cv-04479-MHP