**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: March 24, 2008

Case No.   C07-4479 MHP          Judge: MARILYN H. PATEL

Title: Ardente Inc. -v- Richard J. Shanley, et al.

Attorneys:  Plf: Eric Sidebotham
            Dft: Hway-Ling Hsu

Deputy Clerk: Frank Justiliano   Court Reporter: Belle Ball

**PROCEEDINGS**

1)   Case Management Conference - Held.

**ORDERED AFTER HEARING:**

Motion on personal jurisdiction or statement re: waiver of jurisdiction to be filed by 4/14/08; Oppositions due by 4/28/08; Replies due by 5/5/08.   Hearing on motions set for 5/19/08 at 2:00 p.m. If discovery is needed on the supplement, plaintiff is to file an opposition and request for discovery. Defendant may file a reply or, if the parties agree to discovery, file a stipulation with a hearing date.

If no motion is filed a further CMC is set for 5/19/08 at 2:00 p.m.