1  ERIC J. SIDEBOTHAM (SBN 208829)
   DANIEL M. SHAFER (SBN 244839)
2  **ERIC J. SIDEBOTHAM, APC**
   TechMart Center
3  5201 Great America Parkway, Suite 320
   Santa Clara, California 95054
4  Telephone:  (408) 856-6000
   Facsimile:  (408) 608-6001
5
   Attorneys for Plaintiff,
6  ARDENTE, INC.

7
   RICHARD D. GETZ
8  **O'SHEA, GETZ & KOSAKOWSKI, P.C.**
   1500 Main Street, Suite 912
9  Springfield, MA 01115
   Telephone:  (413) 731-3100
10 Facsimile:  (413) 731-3101

11 Attorneys for Defendant,
   DYNAMIC LIVING, INC.
12

13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16                         SAN FRANCISCO DIVISION

17

18 | ARDENTE, INC., a California corporation,              | CASE NO. 3:07-cv-04479-MHP
19 |                                                        |
   | Plaintiff,                                             | [~~PROPOSED~~] **PERMANENT**
20 |                                                        | **INJUNCTION AND FINAL JUDGMENT**
   | v.                                                     | **ON CONSENT**
21 |                                                        |
22 | RICHARD J. SHANLEY, an individual; WEAR                |
   | THE BEST, INC., a Connecticut corporation;             |
23 | STIR CHEF LLC, aka STIRCHEF LLC, a                     |
   | dissolved Connecticut limited liability company;       |
24 | DYNAMIC LIVING, INC., a Connecticut                    |
   | corporation; and DOES 1 through 20, inclusive,         |
25 |                                                        |
   | Defendants.                                            |
26

27

28

1  WHEREAS Plaintiff Ardente, Inc., and Defendant Dynamic Living, Inc., have stipulated and agreed to a final judgment for permanent injunction in this action, under the terms and conditions set forth herein;

IT IS HEREBY ORDERED THAT:

1.  Final judgment on consent for permanent injunctive relief shall be entered in this action against Defendant Dynamic Living, Inc. ("Defendant").

2.  Defendant and its officers, agents, servants, employees, attorneys, subsidiaries, affiliates, successors, assigns, and any and all of those acting in active concert or participation with anyone who received actual notice of this order by personal service or otherwise, shall be permanently enjoined from manufacturing, producing, distributing, circulating, selling, offering for sale, importing, exporting, advertising, promoting, displaying, shipping, marketing or otherwise disposing of any food-stirring devices that infringe any claim of United States Patent No. 6,113,258, specifically including but not limited to the products marketed as "Stir Chef" and/or "EZ Stir," with the exception that Defendant shall have the right to retain and distribute ten (10) such products to existing customers of Defendant as necessary for the sole purpose of replacing defective units previously sold by Defendant.

DYNAMIC LIVING, INC.

DATED: October ____, 2007

By: *Andrea S. Tannenbaum*
ANDREA S. TANNENBAUM
President

ARDENTE, INC.

DATED: October 31, 2007

By: *John Ardent*
JOHN ARDENT
President

2
[PROPOSED] PERMANENT INJUNCTION AND FINAL JUDGMENT ON CONSENT
CASE NO. 3:07-cv-04479-MHP

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  DATED: March 20, 2008

HONORABLE EDWARD M. CHEN
United States Magistrate Judge

6  APPROVED AS TO FORM BY:

7  **ERIC J. SIDEBOTHAM, APC**

10  DANIEL M. SHAFER
Attorneys for Plaintiff,
11  ARDENTE, INC.

13  **O'SHEA, GETZ & KOSAKOWSKI, P.C.**

16  RICHARD D. GETZ
Attorneys for Defendant,
17  DYNAMIC LIVING, INC.

3
[PROPOSED] PERMANENT INJUNCTION AND FINAL JUDGMENT ON CONSENT
CASE NO. 3:07-cv-04479-MHP