1  ERIC J. SIDEBOTHAM (SBN 208829)
   DANIEL M. SHAFER (SBN 244839)
2  **ERIC J. SIDEBOTHAM, APC**
   TechMart Center
3  5201 Great America Parkway, Suite 320
   Santa Clara, California 95054
4  Telephone:  (408) 856-6000
   Facsimile:  (408) 608-6001
5
   Attorneys for Plaintiff,
6  ARDENTE, INC.

7
   RICHARD D. GETZ
8  **O'SHEA, GETZ & KOSAKOWSKI, P.C.**
   1500 Main Street, Suite 912
9  Springfield, MA 01115
   Telephone:  (413) 731-3100
10 Facsimile:  (413) 731-3101

11 Attorneys for Defendant,
   DYNAMIC LIVING, INC.
12

13

14                  UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16                      SAN FRANCISCO DIVISION

17

18 ARDENTE, INC., a California corporation,    CASE NO. 3:07-cv-04479-MHP

19        Plaintiff,                           **STIPULATION OF DISMISSAL (FED. R.
                                               CIV. P. 41(a)(1))**
20
   v.
21

22 RICHARD J. SHANLEY, an individual; WEAR
   THE BEST, INC., a Connecticut corporation;
23 STIR CHEF LLC, aka STIRCHEF LLC, a
   dissolved Connecticut limited liability company;
24 DYNAMIC LIVING, INC., a Connecticut
   corporation; and DOES 1 through 20, inclusive,
25
          Defendants.
26

27

28

STIPULATION OF DISMISSAL (FED. R. CIV. P. 41(a)(1))
CASE NO. 3:07-cv-04479-MHP

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), by and between Plaintiff Ardente, Inc., and Defendant Dynamic Living, Inc., as follows:

1. This action was commenced on August 29, 2007.

2. The action is not a class action; a receiver has not been appointed; and the action is not governed by any statute of the United States that requires an order of the court for dismissal.

3. Other than as set forth in the Permanent Injunction and Final Judgment on Consent entered in this action, Defendant Dynamic Living, Inc. is hereby dismissed from this action, with prejudice.

4. Each party shall bear its own attorneys' fees and costs.

ERIC J. SIDEBOTHAM, APC

DATED: October 31, 2007

DANIEL M. SHAFER
Attorneys for Plaintiff,
ARDENTE, INC.

O'SHEA, GETZ & KOSAKOWSKI, P.C.

DATED: October 31, 2007

RICHARD D. GETZ
Attorneys for Defendant,
DYNAMIC LIVING, INC.

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

3/20/08
DATE

STIPULATION OF DISMISSAL (FED. R. CIV. P. 41(a)(1))
CASE NO. 3:07-cv-04479-MHP

2