UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARDENTE INC.,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>RICHARD J. SHANLEY, et al.,<br><br>　　　　Defendant(s). | No. C07-4479 MHP (BZ)<br><br>**ORDER SCHEDULING TELEPHONIC CONFERENCE RE DEVISING A SETTLEMENT CONFERENCE SCHEDULE FOR PATENT CASE** |

This case has been assigned to me to conduct a settlement conference. **IT IS HEREBY ORDERED** that a telephonic hearing is scheduled for **Thursday, January 28, 2010, at 1:30 p.m.** to discuss the settlement process. Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call. In preparation for that conference, the parties shall familiarize themselves with my form of settlement conference order for patent cases which can be found on the court's website at **www.cand.uscourts.gov.**

Dated: January 27, 2010

　　　　　　　　　　　　　　　　*Bernard Zimmerman*
　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-REFS\REFS.2010\ARDENTE\PATENTSTATUSCONF.ORD.wpd

1