UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARDENTE INC., | ) |
| Plaintiff(s), | ) No. C07-4479 MHP (BZ) |
| v. | ) |
| RICHARD J. SHANLEY, et al., | ) **ORDER SCHEDULING FURTHER** |
| Defendant(s). | ) **TELEPHONE CONFERENCE** |

**IT IS HEREBY ORDERED** that a telephone conference to discuss the status of the settlement negotiations is scheduled for **February 24, 2010 at 9:00 a.m.** Counsel for defendants shall get counsel for plaintiff on the line and call chambers at **415-522-4093**.

Dated: February 12, 2010

_Bernard Zimmerman_
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.2010\ARDENTE\TEL CONF 2.wpd

1