1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  HWAY-LING HSU, Bar No. 196178
   hhsu@be-law.com
3  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
4  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
5  Facsimile: (408) 297-6000

6  Attorneys for Defendants
   RICHARD J. SHANLEY;
7  WEAR THE BEST, INC.; STIR CHEF LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARDENTE, INC. a California corporation, | Case No. C07-04479 MHP |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER** |
| vs. | |
| RICHARD J. SHANLEY, an individual; WEAR THE BEST, INC., a Connecticut corporation; STIR CHEF LLC, aka STIRCHEF LLC, a dissolved Connecticut limited liability company; DYNAMIC LIVING, INC., a Connecticut corporation; and DOES 1 through 20, inclusive, | Case Filed: August 29, 2007 |
| Defendants. | |

| | | |
|---|---|---|
| 1 | Whereas, on January 25, 2010, defendants' motion to dismiss the First Amended | |
| 2 | Complaint was heard by the Court; and | |
| 3 | Whereas, the Court issued a minute order stating, inter alia, "Court to issue order; Answer | |
| 4 | to be filed within 30 days;" and | |
| 5 | Whereas, the Court's order granting defendants' motion in part and denying the motion in | |
| 6 | part was issued on February 10, 2010; and | |
| 7 | Whereas, the Court has referred the matter to Magistrate Judge Zimmerman for a | |
| 8 | settlement conference, which has been scheduled for March 24, 2010, with a meeting of the parties | |
| 9 | to be held on February 27, 2010. | |
| 10 | Now, therefore, in the interest of conserving resources without delaying the current case | |
| 11 | management schedule, the parties, by and through their counsel of record, and subject to the | |
| 12 | Court's approval, stipulate as follows: | |
| 13 | (1) Defendants' answer to the First Amended Complaint shall be filed on or before | |
| 14 | March 12, 2010. | |
| 15 | SO STIPULATED. | |

Dated: February 22, 2010            BERGESON, LLP

                                    By:  /s/ Hway-ling Hsu
                                         Hway-ling Hsu

                                    Attorneys for Defendants
                                    RICHARD J. SHANLEY;
                                    WEAR THE BEST, INC.; and
                                    STIR CHEF LLC

Dated: February 22, 2010            ERIC J. SIDEBOTHAM, APC

                                    By:  /s/ Eric J. Sidebotham
                                         Eric J. Sidebotham

                                    Attorneys for Plaintiff
                                    ARDENTE, INC.

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 1 -
STIPULATION AND [PROPOSED] ORDER                    Case No. C07-04479 MHP

**IT IS SO ORDERED**.

Dated: __2/23____, 2010          By:_____
                                      Hon. Marilyn H. Patel
                                  UNITED STATES DISTRICT JUDGE