UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARDENTE INC., | ) |
| Plaintiff(s), | ) No. C07-4479 MHP (BZ) |
| v. | ) |
| RICHARD J. SHANLEY, et al., | ) **ORDER SCHEDULING FURTHER TELEPHONE CONFERENCE** |
| Defendant(s). | ) |

**IT IS HEREBY ORDERED** that a telephone conference to discuss the status of the settlement negotiations is scheduled for **March 3, 2010 at 1:30 p.m.** Counsel for plaintiff shall get counsel for defendants on the line and call chambers at **415-522-4093**.

Dated: February 24, 2010

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.2010\ARDENTE\TEL CONF 3.wpd

1