1  ERIC J. SIDEBOTHAM (SBN 208829)
   **ERIC J. SIDEBOTHAM, APC**
2  2033 Gateway Place, 5th Floor
   San Jose, California 95110
3  Telephone:    (408) 856-6000
   Facsimile:    (408) 608-6001
4
   Attorneys for Plaintiff,
5  ARDENTE, INC.

6
   DANIEL J. BERGESON (SBM 105439)
7  HWAY-LING HSU (SBN 196178)
   **BERGESON, LLP**
8  303 Almaden Boulevard, Suite 500
   San Jose, California 95110-2712
9  Telephone: (408) 291-6200
   Facsimile: (408) 297-6000
10
11 Attorneys for Defendants
   RICHARD J. SHANLEY;
12 WEAR THE BEST, INC.; and STIR CHEF LLC

13

14                    UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16                    SAN FRANCISCO DIVISION

17

18

19 ARDENTE, INC., a California corporation,          CASE NO. 3:07-cv-04479-MHP (BZ)

20          Plaintiff,                               **STIPULATION OF DISMISSAL (FED. R.
                                                     CIV. P. 41(a)(1))  AND ORDER**
21 v.

22

23 RICHARD J. SHANLEY, an individual; WEAR
   THE BEST, INC., a Connecticut corporation;
24 STIR CHEF LLC, aka STIRCHEF LLC, a
   dissolved Connecticut limited liability company;
25 DYNAMIC LIVING, INC., a Connecticut
   corporation; and DOES 1 through 20, inclusive,
26
          Defendants.
27

28



1    IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil Procedure,

2   Rule 41(a)(1), by and between Plaintiff Ardente, Inc., and Defendants Richard J. Shanley, Wear The

3   Best, Inc. and StirChef LLC, as follows:

4        1.    This action was commenced on August 29, 2007.

5        2.    The action is not a class action; a receiver has not been appointed; and the action is not

6

7   governed by any statute of the United States that requires an order of the court for dismissal.

8        3.    Defendants Richard J. Shanley, Wear The Best, Inc. and StirChef LLC, the only

9   remaining defendants in this action, shall hereby be dismissed, with prejudice.

10       4.    Each party shall bear its own attorneys' fees and costs.

11

12                                                **ERIC J. SIDEBOTHAM, APC**

13

14

15  DATED:  March 26, 2010            _____/s/_____
                                      ERIC J. SIDEBOTHAM
16                                    Attorneys for Plaintiff,
                                      ARDENTE, INC.
17

18                                                **BERGESON, LLP**

19

20

21  DATED:  March 26, 2010            _____/s/_____
                                      HWAY-LING HSU
22                                    Attorneys for Defendant,
                                      RICHARD J. SHANLEY;
23                                    WEAR THE BEST, INC.; and STIR CHEF LLC

24

25

26                    4/1/2010

27

28
                                                  2

IT IS SO ORDERED

Judge Marilyn H. Patel